HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOEY HOLLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEY R. HOLLOWAY,_<br><br>___   Defendant. | Case No. 5:23-cr-00003-CDB _____<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [PROPOSED] ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(2) and (3), Defendant Joey Holloway, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

//

//

DATED:   2/06/2024            /s/ Joey Holloway
                              JOEY HOLLOWAY
                              Defendant
                              (Original on file)


DATED:   3/27/2024            /s/ Laura Myers
                              LAURA MYERS
                              Attorney for Joey Holloway


**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings except plea, trial, and sentencing, until further order.

IT IS SO ORDERED.

Dated:   **March 28, 2024**            _____
                                       UNITED STATES MAGISTRATE JUDGE

Holloway: Rule 43 Waiver