HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOEY HOLLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. JOEY HOLLOWAY, *Defendant*. | Case No.  5:23-cr-00003-CDB **STIPULATION TO SET MOTION SCHEDULE; [PROPOSED] ORDER** Date:   October 1, 2024 Time:  10:00 a.m. Judge: Hon. Christopher D. Baker |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys of record, that a motion schedule for Defendant's anticipated motion to suppress may be set as follows:

Motion:    July 23, 2024

Opposition:    August 20, 2024

Reply:    September 13, 2024

Hearing (previously set):    October 1, 2024 at 10:00 a.m.

Respectfully submitted,

Date: June 10, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: June 10, 2024                    HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Laura Myers*
                                       LAURA MYERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOEY HOLLOWAY


# **O R D E R**

**IT IS SO ORDERED.** Defendant's motion to suppress shall be filed no later than July 23, 2024; the government's opposition shall be filed no later than August 20, 2024; and Defendant's optional reply shall be filed no later than September 13, 2024.

IT IS SO ORDERED.

Dated:   **June 10, 2024**                    _____
                                              UNITED STATES MAGISTRATE JUDGE