PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 5:23-cr-00003-CDB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO MODIFY MOTION SCHEDULE; [~~PROPOSED~~] ORDER |
| JOEY HOLLOWAY, | |
| Defendant. | Court:  Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Assistant Federal Defender Laura Myers, counsel for Joey Holloway, that the Court modify the motion schedule and motion hearing in these matters as follows:

| | New Date |
|---|---|
| United States' Opposition to the Motion to Suppress | September 2, 2024 |
| Defendant's Reply | September 27, 2024 |
| Hearing | October 1, 2024 |

The United States requires additional time to respond to Defendant's motions to suppress. Undersigned counsel is engaged with ongoing investigations in other, unrelated matters, that will take up

1

much of the available time in the next few weeks.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  August 13, 2024          */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: August 13, 2024           */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOEY HOLLOWAY


**O R D E R**

IT IS SO ORDERED.

    Dated:   **August 14, 2024**

                                _____
                                UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Holloway