PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEY HOLLOWAY, <br><br> Defendant. | Case Nos. 5:23-cr-00003-CDB <br><br> STIPULATION TO SET EVIDENTIARY HEARING AND RESCHEDULE MOTION SCHEDULE; ORDER <br><br> Court: Hon. Christopher D. Baker |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Assistant Federal Defender Laura Myers, counsel for Joey Holloway, that the Court may set an evidentiary hearing on November 5, 2024. The United States has confirmed the two witnesses/officers' availability on November 5, 2024. The Court may also reschedule the currently scheduled motion hearing on October 1, 2024, to November 5, 2024. The parties will be prepared to argue the merits of Defendant's motion to suppress following the evidentiary hearing.

   The parties also request that the Court exclude time under the Speedy Trial Act from October 1, 2024, through November 5, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

                    Respectfully submitted,

                    PHILLIP A. TALBERT
                    United States Attorney

Date: September 24, 2024         */s/ Chan Hee Chu*
                    CHAN HEE CHU
                    Assistant United States Attorney
                    Attorney for Plaintiff


                    HEATHER E. WILLIAMS
                    Federal Defender

Date: September 24, 2024         /s/ *Laura Myers*
                    LAURA MYERS
                    Assistant Federal Defender
                    Attorney for Defendant
                    JOEY HOLLOWAY

## **O R D E R**

The hearing on Defendant's motion to suppress scheduled for October 1, 2024, at 10:00 a.m. is hereby continued to November 5, 2024, at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 1, 2024, to November 5, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons set forth in the parties' stipulated request.

IT IS SO ORDERED.

Dated:  **September 24, 2024**                   _____
                                          UNITED STATES MAGISTRATE JUDGE

U.S. v. Holloway