1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

   Attorneys for Plaintiff
6  UNITED STATES OF AMERICA

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,              Case No. 5:23-CR-00003-CDB
11
                    Plaintiff,            MOTION TO ALLOW FILING OF ENLARGED
12                                         BRIEF AND ADDITIONAL VIDEO EVIDENCE;
   v.                                      ORDER
13
   JOEY HOLLOWAY,                          COURT: Hon. Christopher D. Baker
14
                    Defendant.
15

16

17
        The United States of America ("United States"), pursuant to undersigned counsel, moves to
18
   allow for the (1) filing of an enlarged brief in opposition to Defendant's Supplemental motion regarding
19
   the Fifth Amendment and (2) the submission of additional video for purposes for the Fifth Amendment
20
   analysis.
21
        Having reviewed the evidence and the case law as to the Fifth Amendment in depth since the
22
   evidentiary hearing, the United States requires more than five pages to fully explain its position as to the
23
   issue; multiple pages are needed to flesh out even additional facts that are relevant to the Fifth
24
   Amendment inquiry but were not for the Fourth Amendment inquiry.  The United States believes the
25
   additional pages will significantly aid the Court in making its decision.  Although the United States does
26
   not anticipate requiring more than ten pages at this time, given the uncertainty, the United States
27
   requests application of the regular page limits under local rules.
28

                                            1

1    The United States also believes one additional video (second bodycam of Ranger Sutton) is

2  relevant and will provide a more complete picture of the circumstances.  The United States intends for

3  the submission to be only considered for the Fifth Amendment analysis.

4

5  **Defendant's position**:  Defendant, by way of representative counsel, does not take a position on the

6  enlargement request.  As to the additional video evidence, Defendant, by way of representative counsel,

7  agrees to the submission of the additional video for Fifth Amendment purposes only.

8

9                                                      Respectfully submitted,

10                                                     PHILLIP A. TALBERT
                                                       United States Attorney
11

12  Date:  November 22, 2024                  */s/ Chan Hee Chu*
                                                       CHAN HEE CHU
13                                                     Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Holloway
Case No. 5:23-CR-00003-CDB

**O R D E R**

For good cause shown in the unopposed motion of the United States of America to file an enlarged brief in opposition to Defendant's Supplemental Motion and to submit one additional video only for consideration of Fifth Amendment issues, it is HEREBY ORDERED that the motion is GRANTED.

IT IS SO ORDERED.

Dated:   **November 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

3

U.S. v. Holloway
Case No. 5:23-CR-00003-CDB