HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEY HOLLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEY HOLLOWAY,<br><br>Defendant. | Case No. 5:23-cr-00003<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S MOTION FOR RECONSIDERATION; [PROPOSED] ORDER** |

Defendant Joey Holloway, by and through undersigned counsel, Assistant Federal Defender Laura Myers, moves the Court to extend the time permitted to Respond to a Motion under Local Rule 430.1(f). In support of this motion, Mr. Holloway states as follows:

On June 10, 2024, this Court entered a motion schedule in this matter. [ECF #8]. On July 23, 2024, Mr. Holloway timely filed a Motion to Suppress. [ECF # 9]. On August 14, 2024, this Court granted the parties' stipulation requesting additional time for the government to file its Opposition. [ECF # 11]. On September 2, 2024, the government filed its Opposition to Mr. Holloway's Motion to Suppress. [ECF #12]. On September 27, 2024, Mr. Holloway filed his Reply. [ECF #15].

On November 5, 2024, the Court held an evidentiary hearing. [ECF #16]. The Court ordered limited supplemental briefing within 14 days [*Id.*] and allowed for a response by the

1    opposing party within seven days. [ECF # 17]. On November 19, 2024, Mr. Holloway timely filed

2    his supplemental briefing. [ECF #18]. On November 22, 2024, the government filed a Motion

3    seeking to enlarge its brief [ECF # 19], which this Court granted the same day. [ECF #20]. On

4    November 26, 2024, the government filed its "Opposition," which served as its initial brief on the

5    supplemental briefing issue, as well as its response to Mr. Holloway's supplemental briefing. [ECF

6    # 21]. Mr. Holloway responded on December 3, 2024. [ECF #22].

7        This Court entered an Order Granting Defendant's Motion to Suppress on December 19,

8    2024. [ECF #23]. On December 25, 2024, the government filed a Motion for Reconsideration.

9    [ECF #25].

10        Under the Local Rules, "[a]ny opposition to a noticed motion shall be served and filed

11    within 7 days after the motion is filed." LR 430.1(f). The government filed its motion on Christmas

12    Day (December 25, 2024). Seven days later is New Year's Day. Thus, Mr. Holloway's Opposition

13    is currently due on January 2, 2025, as New Year's Day is a federal holiday. *See* Fed. R. Crim. P.

14    45(a)(1)(C).   Because the courts—and, by extension, the Federal Defender's Office—are closed

15    on December 31, 2024, and January 1, 2025, the current motion schedule under the Local Rules

16    provides undersigned counsel with just three business days before a response is due. Undersigned

17    counsel is on leave for the holidays, and will not return to the office until January 6, 2025.

18        This matter is not presently scheduled for a hearing, nor does the government request one

19    in its Motion. Given the holidays and counsel's leave from the office, Mr. Holloway respectfully

20    requests that this Court order that any opposition to the government's Motion for Reconsideration

21    be due by January 13, 2025.

22        Counsel for the government does not oppose the Defense's request.

23                     Respectfully submitted,

24                     HEATHER E. WILLIAMS
                       Federal Defender

25

26   Date: December 27, 2024          */s/ Laura Myers*
                       LAURA MYERS

27                     Assistant Federal Defender
                       Attorney for Defendant

28                     JOEY HOLLOWAY

**O R D E R**

      For good cause shown in the motion of the Defendant, Joey Holloway, seeking an extension of time in which to file his opposition to the Government's Motion to Reconsider, and the Government not opposing the grant of said motion, it is HEREBY ORDERED that the motion is GRANTED. The Defendant shall file his Opposition no later than January 13, 2025.

IT IS SO ORDERED.

Dated:   **December 27, 2024**

                        UNITED STATES MAGISTRATE JUDGE