PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY R. HOLLOWAY,<br><br>Defendant. | Case No. 5:23-CR-00003-CDB<br><br>JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER<br><br>DATE: January 2, 2025<br>COURT: Hon. Christopher D. Baker |

## JOINT STATUS REPORT

Defendant Joey R. Holloway ("Defendant") and the United States of America ("United States") stipulate and request that no further status conferences or other matters be scheduled in this case until the Court resolves the United States's motion for reconsideration.

The parties also stipulate to the exclusion of time from the filing of the stipulation and the Court's decision on the United States's motion for reconsideration.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period January 2, 2025, to the Court's decision on the United States's motion for reconsideration, inclusive, is

excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. That no further status conferences or other matters be scheduled in this case until the Court resolves the United States's motion for reconsideration;
2. That time is excluded for purposes of the Speedy Trial Act from the date of the filing of the stipulation until the Court's decision on the United States's motion for reconsideration.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 2, 2025         */s/ Chan Hee Chu*
                              CHAN HEE CHU
                              Assistant United States Attorney
                              Attorney for Plaintiff


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 2, 2025         */s/ Laura Myers.*
                              LAURA MYERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOEY R. HOLLOWAY

2

U.S. v. Holloway
Case No. 5:23-CR-00003-CDB

# **O R D E R**

**IT IS SO ORDERED.** The Court vacates any and all proceedings currently scheduled in this matter until the Court's disposition of the United States's motion for reconsideration (Doc. 25). For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 2, 2025, to the date of the Court's decision on the motion for reconsideration, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **January 2, 2025**                              _____
                                                          UNITED STATES MAGISTRATE JUDGE